**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NANCY A. SLAVINSKI, | : | |
| Individually and on behalf of | : | |
| all others similarly situated | : | |
| | : | |
| v. | : | Civil Action No. CCB-08-890 |
| | : | |
| THE COLUMBIA ASSOCIATION, INC. | : | |

...o0o...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The plaintiff's motion for court-facilitated identification and notification of similarly situated employees (docket entry no. 9) is **DENIED** without prejudice;

2. The defendant's motion for leave to file a surreply (docket entry no. 13) is **GRANTED**; and

3. The plaintiff and defendant will confer and jointly submit a proposed limited 60-day discovery plan, in conformity with the accompanying memorandum and agreed upon to the extent possible, by **January 30, 2009**.

| | |
|---|---|
| January 20, 2009 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |